J-S05006-19

NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37

| | | |
|---|---|---|
| WILLIAM C. HAYWARD, INDIVIDUALLY AND TRADING AND DOING BUSINESS AS, HAYWARD NATURAL RESOURCE, AND JACQUELINE WEINHOLD | : : : : : : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellants | : : : : | |
| v. | : : : : | |
| LPR ENERGY, LLC, SUCCESSOR IN INTEREST TO CHEVRON U.S.A. INC., A CORPORATION; ANDRAY MINING COMPANY, A GENERAL PARTNERSHIP, AND MID-WEST OIL COMPANY, A CORPORATION | : : : : : : | No. 794 WDA 2018 |

Appeal from the Order Entered April 27, 2018
In the Court of Common Pleas of Indiana County
Civil Division at No(s):  10599 CD 2013

| | | |
|---|---|---|
| WILLIAM C. HAYWARD, INDIVIDUALLY AND TRADING AND DOING BUSINESS AS, HAYWARD NATURAL RESOURCES, AND JACQUELINE WEINHOLD | : : : : : : : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| v. | : : : : : | |
| LPR ENERGY, LLC, SUCCESSOR IN INTEREST TO CHEVRON U.S.A. INC., A CORPORATION; ANDRAY MINING COMPANY, A GENERAL PARTNERSHIP, AND MID-EAST OIL COMPANY, A CORPORATION | : : : : : : : : | |
| APPEAL OF: LPR ENERGY, LLC | : | No. 877 WDA 2018 |

Appeal from the Order Entered April 27, 2018
In the Court of Common Pleas of Indiana County
Civil Division at No(s):  10599 CD 2013

BEFORE:   PANELLA, P.J., NICHOLS, J., and STRASSBURGER, J.[*]

CONCURRING STATEMENT BY STRASSBURGER, J.:

FILED DECEMBER 31, 2019

I concur in the result of the Majority Memorandum. I write separately only to comment that, upon review of the certified record and the briefs for the parties, I conclude that the opinion of the Honorable Thomas M. Bianco thoroughly addresses the claims raised on appeal and applies the correct law to facts that are supported by the record.  Discerning no error or abuse of discretion, I would have adopted the trial court's March 22, 2017 opinion and affirm the order based upon the reasons stated therein.

_____

[*] Retired Senior Judge assigned to the Superior Court.